**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02558-REB-CBS

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

CENTURY SHREE CORP., d/b/a HAMPTON INN & SUITES,
CENTURY RAMA, INC., d/b/a HAMPTON INN & SUITES,
FALGUN PATEL, individually and d/b/a HAMPTON INN & SUITES,
MUKUND PATEL, individually and d/b/a HAMPTON INN & SUITES, and
PIYUSH PATEL, individually and d/b/a HAMPTON INN & SUITES,

    Defendants.

## ORDER DISMISSING PARTIES

**Blackburn, J.**

The matter before me is the plaintiff's **Notice of Dismissal** [#5][1] filed November 28, 2011. After careful review of the notice and the file, I conclude that the notice should be approved and that the plaintiff's claims against the individually named defendants, Falgun Patel, Mukund Patel, and Piyush Patel, should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the plaintiff's **Notice of Dismissal** [#5] filed November 28, 2011, is **APPROVED**;

2. That plaintiff's claims against the individually named defendants, Falgun Patel, Mukund Patel, and Piyush Patel, are **DISMISSED WITHOUT PREJUDICE**, with the

---

[1] "[#5]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

parties to bear their own attorney fees and costs; and

      3. That the individually named defendants, Falgun Patel, Mukund Patel, and Piyush Patel, are **DROPPED** as parties to this action, and the caption shall be amended accordingly.

      Dated November 28, 2011, at Denver, Colorado.

      **BY THE COURT:**

*[Signature: Bob Blackburn]*
Robert E. Blackburn
United States District Judge